IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN THE MATTER OF THE EXTRADITION )
OF                                ) NO. 07-4076 JSB
JUSTINO TELLO MUNOZ               )

## ORDER

The United States' Motion to Unseal, filed on August 1, 2012, is hereby GRANTED. All documents in this matter shall be unsealed.

So ORDERED this the 2nd day of August, 2012.

_____
JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF TENNESSEE