IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE EXTRADITION | ) | |
| OF | ) | NO. 07-4076 JSB |
| JUSTINO TELLO MUNOZ | ) | |

## ORDER

The United States' Motion to Dismiss the complaint is hereby GRANTED. The case is hereby dismissed with prejudice.

So ORDERED this the 6th day of August, 2012.

*s/ John S. Bryant*
JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF TENNESSEE